UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 17-379 |
| Plaintiff, | (EDWA CR14-2006 SMJ) |
| v. | |
| WILLIE JASWAY III, | DETENTION ORDER |
| Defendant. | |

<u>Offense charged</u>:   Violation of Supervised Release

<u>Date of Detention Hearing</u>:   September 8, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant was arrested in this District pursuant to a warrant from the Eastern District of Washington (Case No. CR14-2006 SMJ) alleging violation of the conditions of

DETENTION ORDER
PAGE -1

supervised release. Defendant did not request an interview with Pretrial Services in this District and has waived an identity hearing. He wishes to reserve the right to request a detention hearing in the charging District. An Order of Transfer has been signed.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this <u>8th</u> day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge